**Marketta Denise HUMES–JONES, Plaintiff–Appellant,**

v.

**Dr. JAMULDEN, Defendant–Appellee,**

and

**Virginia Beach Correctional Facility, Defendant.**

**No. 11–6318.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 30, 2011.

Decided: July 6, 2011.

Marketta Denise Humes–Jones, Appellant Pro Se. Elizabeth Martin Muldowney, Kimberly Jane Raab, Rawls & McNelis, PC, Richmond, Virginia, for Appellee.

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marketta Denise Humes–Jones appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Humes–Jones v. Jamalden,* No. 1:10–cv–228–GBL–JFA, 2011 WL 570268 (E.D.Va. Feb. 14, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*